AO 91 (Rev.11/11) Criminal Complaint

Case 4:22-cr-06021-SAB    ECF No. 1    filed 05/03/22    PageID.1    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 03, 2022
SEAN F. McAVOY, CLERK

# United States District Court
## for the
## Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 2:22-MJ-00136 |
| JORGE BALLESTEROS, | ) |

## CRIMINAL COMPLAINT

I, John M. D'Aquila, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) April 21, 2022, in the county of Benton in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute Fentanyl |

This complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

John M. D'Aquila, TFO FBI
Printed name and title

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: May 3, 2022

City and state: Spokane, Washington

_____
Judge's signature

James A. Goeke, United States Magistrate Judge
Printed name and title