Case 4:22-cr-06021-SAB    ECF No. 4    filed 05/03/22    PageID.7    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 03, 2022
SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** JORGE BALLESTEROS  **CASE NO.** 22-mj-00136

TOTAL # OF COUNTS: 1  ☑ FELONY  ☐ MISDEMEANOR  ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession with Intent to Deliver Fentanyl | CAG not more than 20 years; up to a $1,000,000 fine; not less than 3 years up to a life term of supervised release; a $100 special penalty assessment; denial of Federal benefits |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |