```
 1  Vanessa R. Waldref
 2  United States Attorney
    Eastern District of Washington
 3  Caitlin Baunsgard
 4  Assistant United States Attorney
    Post Office Box 1494
 5  Spokane, WA 99210-1494
 6  Telephone: (509) 353-2767
```

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 10 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>JORGE BALLESTEROS<br>                    Defendant. | **4:22-CR-6021-SAB**<br><br>INDICTMENT<br><br>Vio.: 21 U.S.C. § 841(a)(1),<br>(b)(1)(B)(viii)<br>Possession with Intent to<br>Distribute 5 Grams or More of<br>Actual (Pure)<br>Methamphetamine<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Possession with Intent to<br>Distribute Fentanyl<br>(Count 2)<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

## COUNT ONE

On or about or about April 21, 2022, in the Eastern District of Washington, the Defendant, JORGE BALLESTEROS, knowingly possessed with the intent to

INDICTMENT-1

distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

## COUNT TWO

On or about or about April 21, 2022, in the Eastern District of Washington, the Defendant, JORGE BALLESTEROS, knowingly possessed with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendant JORGE BALLESTEROS, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The property to be forfeited includes, but is not limited to:

- $3,056.92 U.S. currency;
- a .380 Ruger LCP2 handgun bearing serial number 380622160.

If any forfeitable property, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

INDICTMENT-2

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 10th day of May, 2022.

A TRUE BILL

Vanessa R. Waldref
United States Attorney

Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT-3