Case 4:22-cr-06021-SAB    ECF No. 21    filed 05/10/22    PageID.61    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 10, 2022
SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** JORGE BALLESTEROS        **CASE NO.** 4:22-CR-6021-SAB-1

TOTAL # OF COUNTS: 2    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine | CAG not less than 5 years nor more than 40 years; and/or up to $5,000,000 fine; not less than 4 years nor more than life supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a |
| 2 | 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession with Intent to Deliver Fentanyl | CAG not more than 20 years; up to a $1,000,000 fine; not less than 3 years up to a life term of supervised release; a $100 special penalty assessment; denial of Federal benefits |
|   | 21 U.S.C. § 853 | Forfeiture Allegations |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |