FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE BALLESTEROS,<br><br>Defendant. | No. 4:22-CR-06021-SAB-1<br><br>ORDER FOLLOWING DETENTION HEARING ON INDICTMENT<br><br>**MOTION GRANTED**<br>   **(ECF No. 6)** |

On May 16, 2022, the Court held a detention hearing for Defendant JORGE BALLESTEROS. Defendant appeared in custody from Richland via video teleconference represented by Attorney Ricardo Hernandez, who appeared via video teleconference from Richland. Assistant U.S. Attorney Caitlin Baunsgard represented the United States. U.S. Probation Officer Elizabeth Lee was also present via video teleconference.

The United States sought detention, contending that if released, Defendant would present both a risk of flight and a danger to the safety of the community, **ECF No. 6**.

At the time of the May 16, 2022, detention hearing, Defendant advised he is waiving a detention hearing at this time subject to the right to return before the Court should circumstances change.

**IT IS HEREBY ORDERED:**

ORDER - 1

1.    Based on Defendant's waiver of his right to a detention hearing, the United States' Motion for Detention, **ECF No. 6**, is **GRANTED** subject to right to return before the Court should circumstances change. Defendant shall be held in detention pending disposition of this case or until further order of the court.

2.    Defendant is committed to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3.    Defendant shall be afforded reasonable opportunity for private consultation with counsel.

4.    If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances pursuant to 18 U.S.C. § 3142(f), that party shall file a two-page motion for reconsideration succinctly stating what circumstances are new, how they are established, and the requested change in conditions of release. The motion shall indicate whether opposing counsel or Pretrial Services object, whether a hearing is desired, and whether a supplemental pretrial report is requested. This Court will treat the motion as expedited and submitted without argument and will set a hearing or issue other orders as may be appropriate.

5.    If a party desires that another Court review this order pursuant to 18 U.S.C. § 3145, that party shall promptly file a motion for review before the district judge to whom the case is assigned, as further described in the Detention Order Review Protocol published for the Eastern District of Washington. Both parties shall cooperate to ensure that the motion is promptly determined.

**IT IS SO ORDERED.**

DATED May 17, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2