1
2  Rick Hernandez
   HERNANDEZ LAW OFFICES, LLC
3  P.O. Box 1039
   Sunnyside, WA. 98944
4  (509) 837-3184

5  Attorney for Catalina Orozco-Alvarez

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF WASHINGTON

8  UNITED STATES OF AMERICA,        )
9                                   )  NO. 4:22-cr-06021-SAB
              Plaintiff,            )
10                                  )  MOTION AND
   vs.                              )  DECLARATION TO
11                                  )  CONTINUE PRE-TRIAL CONFERENCE
   JORGE BALLESTEROS,               )  AND JURY TRIAL
12                                  )
13                                  )  With Oral Argument
                                    )  June 23, 2022
14            Defendant.             )  9:30 a.m. Yakima, WA.

15

16      COMES NOW the Defendant, Jorge Ballesteros, by and through her attorney of record,

17  Ricardo Hernandez, and moves this court for an order continuing the Pre-Trial set for June 23,

18  2022 @ 9:30 a.m. and Jury Trial hearing dates set for July 5, 2022 @ 9:00 a.m. This motion is

19  based upon the court file in the instant case, and the accompanying declaration of counsel.

20

21
        DATED this 17ʰ day of June 2022.
22

23
                                            s/ Ricardo Hernandez
24                                          Ricardo Hernandez

25

26

27

28
   MOTION AND DECLARATION TO CONTINUE
                                          - 1 -

# DECLARATION

RICARDO HERNANDEZ, being first duly sworn upon oath, deposes and

States as follows:

1. I am the attorney of record for the defendant in the above matter.

2. I am requesting a continuance of the Pre-Trial set for June 23, 2022 @ 9:30 a.m. and Jury Trial hearing date set for July 11, 2022 @ 9:00 a.m.

3. For the following reasons defense counsel is requesting a continuance of the current trial & Pretrial dates.

4. Defense counsel recently received discovery and needs additional time to review discovery with the defendant.

5. Counsel is also requesting an extension of the deadline to file pre-trial motions.

6. The defendant agrees with the need to continue the pre-trial & trial dates and has agreed to waive her right to speedy trial.

7. The government has no objection to the continuance.

I hereby certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Dated this 17th day of June 2022

                                           s/ Ricardo Hernandez
                                           Ricardo Hernandez

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Caitlin A. Baunsgard, Assistant U.S. Attorney.

/s/ Ricardo Hernandez
Ricardo Hernandez

MOTION AND DECLARATION TO CONTINUE
- 3 -