Rick Hernandez
HERNANDEZ LAW OFFICES, LLC
P.O. Box 1039
Sunnyside, WA. 98944
(509) 837-3184

Attorney for Jorge Ballesteros

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JORGE BALLESTEROS,<br><br>                    Defendant. | )  NO. 4:22-cr-06021-SAB<br>)<br>) MOTION AND<br>) DECLARATION TO<br>) CONTINUE PRE-TRIAL CONFERENCE<br>) AND JURY TRIAL<br>)<br>) With Oral Argument<br>) June 23, 2022<br>) 9:30 a.m. Yakima, WA. |

COMES NOW the Defendant, Jorge Ballesteros, by and through her attorney of record, Ricardo Hernandez, and moves this court for an order continuing the Pre-Trial set for June 23, 2022 @ 9:30 a.m. and Jury Trial hearing dates set for July 5, 2022 @ 9:00 a.m.This motion is based upon the court file in the instant case, and the accompanying declaration of counsel.

DATED this 17ʰ day of June 2022.

s/ Ricardo Hernandez
Ricardo Hernandez

MOTION AND DECLARATION TO CONTINUE

- 1 -

## **DECLARATION**

RICARDO HERNANDEZ, being first duly sworn upon oath, deposes and

States as follows:

1.    I am the attorney of record for the defendant in the above matter.

2.    I am requesting a continuance of the Pre-Trial set for June 23, 2022 @ 9:30 a.m. and Jury Trial hearing date set for July 11, 2022 @ 9:00 a.m. to the pre-trial date of October 19, 2022 and a trial date of October 31, 2022.

3.    For the following reasons defense counsel is requesting a continuance of the current trial & Pretrial dates.

4.    Defense counsel recently received discovery and needs additional time to review discovery with the defendant.

5.    Counsel is also requesting an extension of the deadline to file pre-trial motions.

6.    The defendant agrees with the need to continue the pre-trial & trial dates and has agreed to waive her right to speedy trial.

7.     The government has no objection to the continuance.


I hereby certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Dated this 17th day of June 2022

                                        s/ Ricardo Hernandez
                                        Ricardo Hernandez

MOTION AND DECLARATION TO CONTINUE

- 2 -

1

2

**<u>CERTIFICATE OF SERVICE</u>**

3

4

    I hereby certify that on June 17, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: <u>Caitlin A. Baunsgard,</u> Assistant U.S. Attorney.

5

6

7

                                                              <u>/s/ Ricardo Hernandez</u>
                                                              Ricardo Hernandez

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION AND DECLARATION TO CONTINUE