```
RICARDO HERNANDEZ.
HERNANDEZ LAW OFFICE, LLC.
440 S. 6TH STREET
P.O. BOX 1039
SUNNYSIDE, WA 98944
(509) 837-3184
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>JORGE BALLESTEROS,<br>　　　　Defendant. | No. 4:22-CR-06021-SAB<br><br>DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE |

 My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. 3161, to go to trial within seventy (70) days after the Indictment was filed or my arrest, whichever was later. My attorney has also advised me that a continuance of the trial is needed and we have discussed the reasons for the continuance. A motion to continue the trial date has been or will be filed. I ask this Court to grant the motion and reset the trial from its current date of 7/11/22 to a date no later than 10/31/22 for the following reasons pursuant to 18 U.S.C. 3161:

<u>I have been advised by my attorney that a continuance is necessary to receive and review the discovery. I agree that additional time is needed to allow my attorney to adequately and effectively represent me in this case.</u>

 I understand that if the Court grants the motions to continue, all time between the date the motion was filed and the new trial date will be excluded from the speedy trial calculations pursuant to the Speedy Trial Act.

1

DEFENDANT'S SPEEDY TRIAL WAVIER AND STATEMENT OF
REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL
DATE

RICARDO HERNANDEZ.
HERNANDEZ LAW OFFICE
440 S. 6th STREET
P.O. BOX 1039
SUNNYSIDE, WA 98944
(509) 837-3184

I declare under penalty of perjury that the foregoing is true and correct.

_____
Defendant

6/16/22
_____
Date:

I have read this form and discussed its contents with my client.

_____
Counsel for Defendant

6/16/22
_____
Date:

I have translated this form into language in which the defendant is conversant. If questions have arisen, I have notified the Defendant's counsel of the questions and have not offered any advice nor personal opinions.

_____
Interpreter

_____
Date:

DEFENDANT'S SPEEDY TRIAL WAVIER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE

RICARDO HERNANDEZ
HERNANDEZ LAW OFFICE
440 S. 6th STREET
P.O. BOX 1039
SUNNYSIDE, WA 98944
(509) 837-3184