Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Caitlin A. Baunsgard
Assistant United States Attorney
P.O. Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:22-CR-6021-SAB |
| Plaintiff, | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| vs. | |
| JORGE BALLESTEROS, | |
| Defendant. | |

The United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Caitlin A. Baunsgard, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The Indictment filed May 10, 2022, contains a Notice of Criminal Forfeiture providing notice that the United States is seeking forfeiture of property pursuant to 21 U.S.C. § 853. The property is listed below:

- $3,056.92 U.S. currency;
- a .380 Ruger LCP2 handgun bearing serial number 380622160.

ECF No. 19 at 2 - 3.

BILL OF PARTICULARS FOR FORFEITURE     1

The Federal Bureau of Investigation recently informed the United States of an error in the firearm's serial number. The correction is listed as follows (bolded and italicized):

- a .380 Ruger LCP2 handgun bearing serial number 38062216**6**.

DATED: July 5, 2022

                            Vanessa R. Waldref
                            United States Attorney

                            *s/ Caitlin A. Baunsgard*
                            Caitlin A. Baunsgard
                            Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following CM/ECF participant(s):

Ricardo Hernandez
rick@rickhernandez.lawyer

                                        *s/ Caitlin A. Baunsgard*
                                        Caitlin A. Baunsgard
                                        Assistant United States Attorney

BILL OF PARTICULARS FOR FORFEITURE    3