Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JORGE BALLESTEROS,<br><br>    Defendant. | 4:22-CR-06021-SAB-1<br><br>RESPONSE TO DEFENDANT'S MOTION TO CONTINUE |

Plaintiff, United States of America, by and through, Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Caitlin Baunsgard, Assistant United States Attorney for the Eastern District of Washington, submits the United States has no objection to the Defendant's request for a continuance.

DATED this 29th day of September, 2022.

Vanessa R. Waldref
United States Attorney

***s/ Caitlin Baunsgard***
Caitlin Baunsgard
Assistant United States Attorney

SENTENCING MEMORANDUM - 1

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Rick Hernandez

*s/ Caitlin Baunsgard*
Caitlin Baunsgard
Assistant United States Attorney

SENTENCING MEMORANDUM - 2