UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE BALLESTEROS<br><br>Defendant. | No. 4:22-CR-06021-SAB-1<br><br>WAIVER OF SPEEDY TRIAL |

I have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date from 10/31/22 to 2/6/23. I understand the period of the continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

_____
Defendant
Date: 10/7/22

_____
Ricardo Hernandez
Printed Name of Attorney

_____
Counsel for Defendant
Date: 18/7/22

_____
Interpreter

WAIVER OF SPEEDY TRIAL