# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Richland

**USA v. JORGE BALLESTEROS**       Case No.   4:20-CR-6004-SAB-1
                                                                            4:22-CR-6021-SAB-1

**Defense Motion to Withdraw as Counsel Hearing:**      12/16/2022

- ☒ Sara Gore, Courtroom Deputy [R]
- ☒ Pam Howard, Courtroom Deputy [video]
- ☒ Caitlin Baunsgard, US Atty (video)
- ☒ Ricardo Hernandez, Defense Atty
- ☒ Interpreter **NOT REQUIRED**

- ☒ Defendant present ☒ in custody USM ☐ out of custody
- ☐ Defendant not present / failed to appear

## REMARKS

Court colloquy with Counsel that regarding this hearing.

Defense counsel advised USA needs to be excused from portion to this hearing and requests the hearing be sealed – **granted.**

USA Baunsgard excused 2:36 p.m. – 2:45 p.m.

Court grants Defense motion to withdraw and Mr. Ballesteros will be appointed new counsel from the CJA panel.